**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No.: | 21-01511 |
| Case Name: | POOLS, INC., MYETTE |
| For the Period Ending: | 09/30/2022 |

| | |
|---|---|
| Trustee Name: | Gregory S. Fehribach |
| Date Filed (f) or Converted (c): | 04/08/2021 (f) |
| §341(a) Meeting Date: | 06/16/2021 |
| Claims Bar Date: | 11/29/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1    Cash on hand | $0.00 | $0.00 | | $0.00 | FA |
| 2    Chase Bank Checking (Payroll) Checking 0111 | $1,443.27 | $1,443.27 | | $0.00 | FA |
| 3    Chase Bank Checking (Operations) Checkin 6325 | $885.70 | $885.70 | | $0.00 | FA |
| 4    2003 Ford Windstar | $1,089.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    from consolidated case Myette 21-01593 | | | | | |
| 5    2002 Ford F-250 | $300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    from consolidated case Myette 21-01593 | | | | | |
| 6    2010 Ford F-150 | $4,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    from consolidated case Myette 21-01593 | | | | | |
| 7    Household Goods & Furnishings | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    from consolidated case Myette 21-01593 | | | | | |
| 8    Electronics | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    from consolidated case Myette 21-01593 | | | | | |
| 9    clothing | $150.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    from consolidated case Myette 21-01593 | | | | | |
| 10    wedding ring | $30.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    from consolidated case Myette 21-01593 | | | | | |
| 11    Cash | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    from consolidated case Myette 21-01593 | | | | | |
| 12    Chase Bank Account (Myette Pools, Inc.) $28.00 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    from consolidated case Myette 21-01593 | | | | | |
| 13    Myette Pools Inc. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    from consolidated case Myette 21-01593 | | | | | |
| 14    2 Whole Life Insurance Policies Debtor's Spouse | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    from consolidated case Myette 21-01593 | | | | | |
| 15    Misc Tools, Generator, Jack Hammer, 4 Sump pumps, Air Compressor | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    from consolidated case Myette 21-01593 | | | | | |
| 16    2020 tax refund **(u)** | $0.00 | $5,000.00 | | $0.00 | FA |
| 17    Accounts Receivable **(u)** | $0.00 | $0.00 | | $6,400.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No.: | 21-01511 |
| Case Name: | POOLS, INC., MYETTE |
| For the Period Ending: | 09/30/2022 |

| | |
|---|---|
| Trustee Name: | Gregory S. Fehribach |
| Date Filed (f) or Converted (c): | 04/08/2021 (f) |
| §341(a) Meeting Date: | 06/16/2021 |
| Claims Bar Date: | 11/29/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 18 | 2012 PJ Trailer, VIN $4P5T62023C2172496            **(u)** | $0.00 | $2,000.00 | | $0.00 | $2,000.00 |
| **Asset Notes:** | Motion to Sell filed 7/19/2022.  Order to sell entered 8/10/2022 | | | | | |

| | | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | | |
| | | $8,397.97 | $9,328.97 | | $6,400.00 | $2,000.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/26/2022 | All assets fully administered.  Awaiting fee application from Trustee's counsel |
| 09/26/2022 | Order on Trustee's Motion to sell ( asset #18 2012 PJ Trailer )entered on 8/10/2022.  Awaiting receipt of auction proceeds. |
| 10/27/2022 | Trustee and Special Counsel assisting acquisition of 2020 tax refund.  Trustee awaiting information from IRS. |
| 09/14/2021 | Awaiting 2020 tax return. |
| 08/28/2021 | Awaiting receipt of funds from Chase Bank accounts and 2020 tax refund. |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 04/08/2022 | **Current Projected Date Of Final Report (TFR):** | 12/27/2022 |

/s/ GREGORY S. FEHRIBACH

GREGORY S. FEHRIBACH

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |
|---|---|
| Case No. | 21-01511 |
| Case Name: | POOLS, INC., MYETTE |
| Primary Taxpayer ID #: | **-***3984 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2021 |
| For Period Ending: | 09/30/2022 |

| | |
|---|---|
| Trustee Name: | Gregory S. Fehribach |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******1101 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/17/2022 | | Veritex Community Bank | Transfer Funds | 9999-000 | $3,835.13 | | $3,835.13 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.18 | $3,828.95 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.97 | $3,822.98 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.97 | $3,817.01 |
| 07/25/2022 | | U.S. Bankruptcy Court | COA for Motion to Sell Doc #64 Receipt A33239264 | 2700-000 | | $188.00 | $3,629.01 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.10 | $3,622.91 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.84 | $3,617.07 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.02 | $3,611.05 |

| | | | |
|---|---|---|---|
| TOTALS: | $3,835.13 | $224.08 | $3,611.05 |
| Less: Bank transfers/CDs | $3,835.13 | $0.00 | |
| Subtotal | $0.00 | $224.08 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $224.08 | |

**For the period of 10/01/2021 to 09/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,835.13 |
| | |
| Total Compensable Disbursements: | $224.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $224.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/17/2022 to 9/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,835.13 |
| | |
| Total Compensable Disbursements: | $224.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $224.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 21-01511 |
|---|---|
| Case Name: | POOLS, INC., MYETTE |
| Primary Taxpayer ID #: | **-***3984 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2021 |
| For Period Ending: | 09/30/2022 |

| Trustee Name: | Gregory S. Fehribach |
|---|---|
| Bank Name: | Independent Bank |
| Checking Acct #: | ******1511 |
| Account Title: | |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/24/2021 | (17) | Edward McClure | Account Receivable check from client for unfinished pool | 1221-000 | $1,400.00 | | $1,400.00 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $0.24 | $1,399.76 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $2.04 | $1,397.72 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $2.03 | $1,395.69 |
| 08/11/2021 | (17) | Jerry E. Smith, Attorney | C&C Supply Payment sent from debtors counsel trust account | 1221-000 | $5,000.00 | | $6,395.69 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $7.06 | $6,388.63 |
| 09/29/2021 | 1001 | Rubin & Levin, P.C. | Trustee's Counsel fees per Order Doc #31 9/29/2021 | 3210-000 | | $2,500.00 | $3,888.63 |
| 09/29/2021 | 1002 | Rubin & Levin, P.C. | Trustee's Counsel Expenses per Order Doc #31 9/29/2021 | 3220-000 | | $15.61 | $3,873.02 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.31 | $3,863.71 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $6.15 | $3,857.56 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $5.62 | $3,851.94 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $5.61 | $3,846.33 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $5.60 | $3,840.73 |
| 02/28/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $5.60 | $3,835.13 |
| 03/17/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $3,835.13 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **SUBTOTALS** | $6,400.00 | $6,400.00 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 21-01511 | |
| **Case Name:** | POOLS, INC., MYETTE | |
| **Primary Taxpayer ID #:** | **-***3984 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2021 | |
| **For Period Ending:** | 09/30/2022 | |

| | |
|---|---|
| **Trustee Name:** | Gregory S. Fehribach |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******1511 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|
| **TOTALS:** | $6,400.00 | $6,400.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $3,835.13 | |
| **Subtotal** | $6,400.00 | $2,564.87 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $6,400.00 | $2,564.87 | |

**For the period of  10/01/2021 to 09/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $28.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $28.58 |
| Total Internal/Transfer  Disbursements: | $3,835.13 |

**For the entire history of the account between 05/24/2021  to 9/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $6,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,564.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $2,564.87 |
| Total Internal/Transfer  Disbursements: | $3,835.13 |

**FORM 2**

<span style="text-align:right">Page No: 4</span>

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | <u>21-01511</u> |
| Case Name: | <u>POOLS, INC., MYETTE</u> |
| Primary Taxpayer ID #: | **-***3984 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | <u>10/01/2021</u> |
| For Period Ending: | <u>09/30/2022</u> |

| | |
|---|---|
| Trustee Name: | <u>Gregory S. Fehribach</u> |
| Bank Name: | <u>Independent Bank</u> |
| Checking Acct #: | <u>******1511</u> |
| Account Title: | |
| Blanket bond (per case limit): | <u>$1,000,000.00</u> |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | **NET DEPOSITS** | **DISBURSE** | **BALANCES** |
| | | $6,400.00 | $2,788.95 | $3,611.05 |

| For the period of  10/01/2021 to 09/30/2022 | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,835.13 |
| | |
| Total Compensable Disbursements: | $252.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $252.66 |
| Total Internal/Transfer  Disbursements: | $3,835.13 |

| For the entire history of the account between 05/24/2021  to 9/30/2022 | |
|---|---|
| Total Compensable Receipts: | $6,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,400.00 |
| Total Internal/Transfer Receipts: | $3,835.13 |
| | |
| Total Compensable Disbursements: | $2,788.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $2,788.95 |
| Total Internal/Transfer  Disbursements: | $3,835.13 |

/s/ GREGORY S. FEHRIBACH

GREGORY S. FEHRIBACH