UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| In re: | § | Case No. 21-01511-RLM |
|---|---|---|
| | § | |
| MYETTE POOLS, INC. | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Gregory S. Fehribach, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,328.97 | Assets Exempt: | $6,069.00 |
| Total Distributions to Claimants: | $3,797.49 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $6,902.51 | | |

3) Total gross receipts of $10,700.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,700.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $16,158.66 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $6,902.51 | $6,902.51 | $6,902.51 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $8,000.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $146,434.70 | $130,915.32 | $130,915.32 | $3,797.49 |
| **Total Disbursements** | $170,593.36 | $137,817.83 | $137,817.83 | $10,700.00 |

4). This case was originally filed under chapter 7 on 04/08/2021. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/02/2023     By:  /s/ Gregory S. Fehribach
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1221-000 | $6,400.00 |
| 2012 PJ Trailer, VIN $4P5T62023C2172496 | 1229-000 | $4,300.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,700.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Western Equipment Finance, Inc. | 4110-000 | $16,158.66 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$16,158.66** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregory S. Fehribach, Trustee | 2100-000 | NA | $1,820.00 | $1,820.00 | $1,820.00 |
| Gregory S. Fehribach, Trustee | 2200-000 | NA | $158.84 | $158.84 | $158.84 |
| Independent Bank | 2600-000 | NA | $49.26 | $49.26 | $49.26 |
| Veritex Community Bank | 2600-000 | NA | $63.88 | $63.88 | $63.88 |
| Clerk of the Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| U.S. Bankruptcy Court | 2700-000 | NA | $188.00 | $188.00 | $188.00 |
| Rubin & Levin, P.C., Attorney for Trustee | 3210-000 | NA | $3,500.00 | $3,500.00 | $3,500.00 |
| Rubin & Levin, P.C., Attorney for Trustee | 3220-000 | NA | $42.53 | $42.53 | $42.53 |
| Christy's of Indiana, Inc., Auctioneer for Trustee | 3610-000 | NA | $430.00 | $430.00 | $430.00 |
| Christy's of Indiana, Inc., Auctioneer for Trustee | 3620-000 | NA | $300.00 | $300.00 | $300.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | **NA** | **$6,902.51** | **$6,902.51** | **$6,902.51** |

UST Form 101-7-TDR (10/1/2010)

| CHARGES |
|---|

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Indiana Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $8,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $8,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Brian Buschuk | 7100-000 | $63,444.00 | $63,444.00 | $63,444.00 | $1,840.33 |
| 2 | Blue Star Redi Mix Corp. | 7100-000 | $10,487.27 | $9,487.27 | $9,487.27 | $275.20 |
| 3 | Andrew Hoffman | 7100-000 | $8,000.00 | $8,102.00 | $8,102.00 | $235.02 |
| 4 | Lisa Moore | 7100-000 | $0.00 | $39,000.00 | $39,000.00 | $1,131.28 |
| 5 | August & Associates | 7100-000 | $0.00 | $10,882.05 | $10,882.05 | $315.66 |
| | Anderson Memorial Park | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chad Brackon | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Charles A Wellings, Jr | 7100-000 | $8,559.00 | $0.00 | $0.00 | $0.00 |
| | City of Indianapolis | 7100-000 | $1,290.00 | $0.00 | $0.00 | $0.00 |
| | David Lowe | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Doug Williams | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ed McClure | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | James & Rebecca Lee | 7100-000 | $27,000.00 | $0.00 | $0.00 | $0.00 |
| | John Dugan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Kim Morris | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Lisa Hite | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Lisa Moore | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Luke Tucker | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Paula Lee | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Reggie Finley | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Rogers & Co. of Indiana, Inc | 7100-000 | $11,111.89 | $0.00 | $0.00 | $0.00 |
| | Runyon Equipment Rental Co LLC | 7100-000 | $16,542.54 | $0.00 | $0.00 | $0.00 |
| | Sid & Danny Lucas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Tim Gravenstreter | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $146,434.70 | $130,915.32 | $130,915.32 | $3,797.49 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 21-01511-RLM | Trustee Name: | Gregory S. Fehribach |
|---|---|---|---|
| Case Name: | POOLS, INC., MYETTE | Date Filed (f) or Converted (c): | 04/08/2021 (f) |
| For the Period Ending: | 5/2/2023 | §341(a) Meeting Date: | 06/16/2021 |
|  |  | Claims Bar Date: | 11/29/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Chase Bank Checking (Payroll) Checking 0111 | $1,443.27 | $1,443.27 | | $0.00 | FA |
| 3 | Chase Bank Checking (Operations) Checkin 6325 | $885.70 | $885.70 | | $0.00 | FA |
| 4 | 2003 Ford Windstar | $1,089.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | from consolidated case Myette 21-01593 | | | | | |
| 5 | 2002 Ford F-250 | $300.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | from consolidated case Myette 21-01593 | | | | | |
| 6 | 2010 Ford F-150 | $4,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | from consolidated case Myette 21-01593 | | | | | |
| 7 | Household Goods & Furnishings | $100.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | from consolidated case Myette 21-01593 | | | | | |
| 8 | Electronics | $100.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | from consolidated case Myette 21-01593 | | | | | |
| 9 | clothing | $150.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | from consolidated case Myette 21-01593 | | | | | |
| 10 | wedding ring | $30.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | from consolidated case Myette 21-01593 | | | | | |
| 11 | Cash | $100.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | from consolidated case Myette 21-01593 | | | | | |
| 12 | Chase Bank Account (Myette Pools, Inc.) $28.00 | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | from consolidated case Myette 21-01593 | | | | | |
| 13 | Myette Pools Inc. | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | from consolidated case Myette 21-01593 | | | | | |
| 14 | 2 Whole Life Insurance Policies Debtor's Spouse | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | from consolidated case Myette 21-01593 | | | | | |
| 15 | Misc Tools, Generator, Jack Hammer, 4 Sump pumps, Air Compressor | $200.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | from consolidated case Myette 21-01593 | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2        Exhibit 8

| Case No.: | 21-01511-RLM | Trustee Name: | Gregory S. Fehribach |
|---|---|---|---|
| Case Name: | POOLS, INC., MYETTE | Date Filed (f) or Converted (c): | 04/08/2021 (f) |
| For the Period Ending: | 5/2/2023 | §341(a) Meeting Date: | 06/16/2021 |
| | | Claims Bar Date: | 11/29/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16  2020 tax refund (u) | $0.00 | $5,000.00 | | $0.00 | FA |
| 17  Accounts Receivable (u) | $0.00 | $0.00 | | $6,400.00 | FA |
| 18  2012 PJ Trailer, VIN $4P5T62023C2172496 (u) | $0.00 | $2,000.00 | | $4,300.00 | FA |
| Asset Notes:  Motion to Sell filed 7/19/2022.  Order to sell entered 8/10/2022 | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                                                       **Gross Value of Remaining Assets**

$8,397.97          $9,328.97          $10,700.00          $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/26/2022 | All assets fully administered.  Awaiting fee application from Trustee's counsel |
| 09/26/2022 | Order on Trustee's Motion to sell ( asset #18 2012 PJ Trailer )entered on 8/10/2022.  Awaiting receipt of auction proceeds. |
| 10/27/2021 | Trustee and Special Counsel assisting acquisition of 2020 tax refund.  Trustee awaiting information from IRS. |
| 09/14/2021 | Awaiting 2020 tax return. |
| 08/28/2021 | Awaiting receipt of funds from Chase Bank accounts and 2020 tax refund. |

**Initial Projected Date Of Final Report (TFR):**  04/08/2022        **Current Projected Date Of Final Report (TFR):**  12/27/2022

/s/ GREGORY S. FEHRIBACH

GREGORY S. FEHRIBACH

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 21-01511-RLM | Trustee Name: | Gregory S. Fehribach |
|---|---|---|---|
| Case Name: | POOLS, INC., MYETTE | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3984 | Checking Acct #: | ******1101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/8/2021 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/2/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/17/2022 | | Veritex Community Bank | Transfer Funds | 9999-000 | $3,835.13 | | $3,835.13 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.18 | $3,828.95 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.97 | $3,822.98 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.97 | $3,817.01 |
| 07/25/2022 | | U.S. Bankruptcy Court | COA for Motion to Sell Doc #64 Receipt A33239264 | 2700-000 | | $188.00 | $3,629.01 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.10 | $3,622.91 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.84 | $3,617.07 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.02 | $3,611.05 |
| 10/26/2022 | (18) | CHRISTYS OF INDIANA INCESCROW ACCOUNT | auction proceeds for sale of trailer Report of Sale Doc #74 | 1229-000 | $4,300.00 | | $7,911.05 |
| 10/27/2022 | 5001 | Christy's of Indiana, Inc. | Auctioneer fees per Order Doc #76 10/21/2022 | 3610-000 | | $430.00 | $7,481.05 |
| 10/27/2022 | 5002 | Christy's of Indiana, Inc. | Auctioneer expenses per Order doc#76 | 3620-000 | | $300.00 | $7,181.05 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $6.79 | $7,174.26 |
| 11/22/2022 | 5003 | Rubin & Levin, P.C. | Attorney for Trustee Fees per Order Doc #82 11/21/22 | 3210-000 | | $1,000.00 | $6,174.26 |
| 11/22/2022 | 5004 | Rubin & Levin, P.C. | Attorney for Trustee Expenses per Order Doc #82 11/21/2022 | 3220-000 | | $26.92 | $6,147.34 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.11 | $6,136.23 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.90 | $6,126.33 |
| 02/08/2023 | | Clerk of the Court | COA for Adversary 22-50045 Court receipt 2/8/2023 A33718819 | 2700-000 | | $350.00 | $5,776.33 |
| 03/02/2023 | 5005 | Gregory S. Fehribach | Trustee Compensation | 2100-000 | | $1,820.00 | $3,956.33 |
| 03/02/2023 | 5006 | Gregory S. Fehribach | Trustee Expenses | 2200-000 | | $158.84 | $3,797.49 |
| 03/02/2023 | 5007 | Brian Buschuk | Distribution on Claim #: 1; | 7100-000 | | $1,840.33 | $1,957.16 |
| 03/02/2023 | 5008 | Blue Star Redi Mix Corp. | Distribution on Claim #: 2; | 7100-000 | | $275.20 | $1,681.96 |
| 03/02/2023 | 5009 | Andrew Hoffman | Distribution on Claim #: 3; | 7100-000 | | $235.02 | $1,446.94 |
| 03/02/2023 | 5010 | Lisa Moore | Distribution on Claim #: 4; | 7100-000 | | $1,131.28 | $315.66 |
| 03/02/2023 | 5011 | August & Associates | Distribution on Claim #: 5; | 7100-000 | | $315.66 | $0.00 |
| | | | SUBTOTALS | | $8,135.13 | $8,135.13 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 21-01511-RLM | Trustee Name: | Gregory S. Fehribach |
|---|---|---|---|
| Case Name: | POOLS, INC., MYETTE | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3984 | Checking Acct #: | ******1101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/8/2021 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/2/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $8,135.13 | $8,135.13 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** | | $3,835.13 | $0.00 | |
|  |  |  | **Subtotal** | | $4,300.00 | $8,135.13 | |
|  |  |  | **Less: Payments to debtors** | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $4,300.00 | $8,135.13 | |

| **For the period of 4/8/2021 to 5/2/2023** | | **For the entire history of the account between 03/17/2022 to 5/2/2023** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,300.00 | Total Compensable Receipts: | $4,300.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,300.00 | Total Comp/Non Comp Receipts: | $4,300.00 |
| Total Internal/Transfer Receipts: | $3,835.13 | Total Internal/Transfer Receipts: | $3,835.13 |
| | | | |
| Total Compensable Disbursements: | $8,135.13 | Total Compensable Disbursements: | $8,135.13 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,135.13 | Total Comp/Non Comp Disbursements: | $8,135.13 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 21-01511-RLM | | Trustee Name: | Gregory S. Fehribach |
|---|---|---|---|---|
| Case Name: | POOLS, INC., MYETTE | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3984 | | Checking Acct #: | ******1511 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/8/2021 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/2/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/24/2021 | (17) | Edward McClure | Account Receivable check from client for unfinished pool | 1221-000 | $1,400.00 | | $1,400.00 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $0.24 | $1,399.76 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $2.04 | $1,397.72 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $2.03 | $1,395.69 |
| 08/11/2021 | (17) | Jerry E. Smith, Attorney | C&C Supply Payment sent from debtors counsel trust account | 1221-000 | $5,000.00 | | $6,395.69 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $7.06 | $6,388.63 |
| 09/29/2021 | 1001 | Rubin & Levin, P.C. | Trustee's Counsel fees per Order Doc #31 9/29/2021 | 3210-000 | | $2,500.00 | $3,888.63 |
| 09/29/2021 | 1002 | Rubin & Levin, P.C. | Trustee's Counsel Expenses per Order Doc #31 9/29/2021 | 3220-000 | | $15.61 | $3,873.02 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $9.31 | $3,863.71 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $6.15 | $3,857.56 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $5.62 | $3,851.94 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $5.61 | $3,846.33 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $5.60 | $3,840.73 |
| 02/28/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $5.60 | $3,835.13 |
| 03/17/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $3,835.13 | $0.00 |

| | | | | SUBTOTALS | $6,400.00 | $6,400.00 | |

Page No: 4     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| **Case No.** | 21-01511-RLM | **Trustee Name:** | Gregory S. Fehribach |
|---|---|---|---|
| **Case Name:** | POOLS, INC., MYETTE | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***3984 | **Checking Acct #:** | ******1511 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 4/8/2021 | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 5/2/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $6,400.00 | $6,400.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $3,835.13 | |
| | | | Subtotal | | $6,400.00 | $2,564.87 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $6,400.00 | $2,564.87 | |

**For the period of 4/8/2021 to 5/2/2023**

| | |
|---|---:|
| Total Compensable Receipts: | $6,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,564.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,564.87 |
| Total Internal/Transfer Disbursements: | $3,835.13 |

**For the entire history of the account between 05/24/2021 to 5/2/2023**

| | |
|---|---:|
| Total Compensable Receipts: | $6,400.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,400.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,564.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,564.87 |
| Total Internal/Transfer Disbursements: | $3,835.13 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5          Exhibit 9

| Case No. | 21-01511-RLM | Trustee Name: | Gregory S. Fehribach |
|---|---|---|---|
| Case Name: | POOLS, INC., MYETTE | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3984 | Checking Acct #: | ******1511 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/8/2021 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/2/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $10,700.00 | $10,700.00 | $0.00 |

**For the period of 4/8/2021 to 5/2/2023**

| | |
|---|---|
| Total Compensable Receipts: | $10,700.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,700.00 |
| Total Internal/Transfer Receipts: | $3,835.13 |
| | |
| Total Compensable Disbursements: | $10,700.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,700.00 |
| Total Internal/Transfer Disbursements: | $3,835.13 |

**For the entire history of the case between 04/08/2021 to 5/2/2023**

| | |
|---|---|
| Total Compensable Receipts: | $10,700.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,700.00 |
| Total Internal/Transfer Receipts: | $3,835.13 |
| | |
| Total Compensable Disbursements: | $10,700.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,700.00 |
| Total Internal/Transfer Disbursements: | $3,835.13 |

/s/ GREGORY S. FEHRIBACH

GREGORY S. FEHRIBACH